IN THE CIRCUIT COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 13-4332 & 13-4333 |
| Appellee, | ) ) | SECOND MOTION TO |
| vs. | ) ) | POSTPONE BRIEFING |
| Ivan Perez | ) ) | |
| Roberto Perez | ) ) | |
| Appellants, | ) | |

    Roberto Perez, by his attorney, Thomas J. Saunders, requests that this Honorable Court postpone the briefing now Ordered to be filed by October 24, 2013. Roberto Perez was "lost" in the system and unavailable until recently to speak with counsel. The USMS failed to transmit paperwork to have Mr. Morales sent into BOP which was discovered by counsel on August 15, 2013 whereupon the Marshal's Office was notified. Then BOP kept Mr. Morales in transit until approximately October 7, 2013. Only then would BOP allow counsel an opportunity to speak to Mr. Morales which occurred on October 9, 2013. As a result, although preparation of the brief and appendix has been started counsel needs an additional week to assemble everything and prepare the brief and appendix for the printer. Counsel respectfully requests that the date for Appellants' brief be set for October 31, 2013. Richard Bardos, on behalf of Ivan Perez, joins in this request.

    The Government has been consulted and has no objection to this request.

3600 Clipper Mill Rd., Suite 201

Baltimore, MD 21211

410-662-5586

Fax; 410-662-5589

[thomas.j.saunders@gmail.com](mailto:thomas.j.saunders@gmail.com)

Thomas J. Saunders

Bar # 25084